Total Pages: 40

(Official Form 1) (12/03)

USBC, EDCA (Rev. 12/03)

| Form B1 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle): EZELL, RONALD R. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): 1301 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code): 449 LEXINGTON AVE. STOCKTON, CA 95204 | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code): |
| County of Residence or of the Principal Place of Business: San Joaquin | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | |
| --- | --- | --- | --- |
| ☒ Individual(s) ☐ Railroad | | ☒ Chapter 7 ☐ Chapter 11 ☐ Chapter 13 | |
| ☐ Corporation ☐ Stockbroker | | ☐ Chapter 9 ☐ Chapter 12 | |
| ☐ Partnership ☐ Commodity Broker | | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
| --- | --- |
| ☒ Consumer/Non-Business ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) ☐ Debtor is a small business as defined in 11 U.S.C. § 101 ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Form EDC 2-020. |

**Statistical/Administrative Information** (Estimates only)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
| --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 - 50,000 ☐ | $50,001- $100,000 ☐ | $100,001- $500,000 ☒ | $500,001- $1 million ☐ | $1,000,001- $10 million ☐ | $10,000,001- $50 million ☐ | $50,000,001- $100 million ☐ | More than $100 million ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Estimated Debts | $0 - 50,000 ☐ | $50,001- $100,000 ☐ | $100,001- $500,000 ☒ | $500,001- $1 million ☐ | $1,000,001- $10 million ☐ | $10,000,001- $50 million ☐ | $50,000,001- $100 million ☐ | More than $100 million ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

FOR COURT USE ONLY

03-94915-A-7
DEBTOR: RONALD EZELL
DEBTOR IS PRO SE
JUDGE: HON. T. HOLMAN
TRUSTEE: G. FARRAR
341 MEETING (Tentative Setting)
1/22/04. 08:30 AM - mod
Official meeting notice to be mailed
CHAPTER: 7   COUNTY: SAN JOAQUIN
FILED 12/16/03 - 01:52 PM
RELIEF ORDERED
CLERK. U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION          bdem
RECEIPT NO: 9-3-009274    $209

2003-94915

191

1

(Official Form 1) (12/03)                                FORM B1, Page 2 USBC, EDCA (Rev. 12/03)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>EZELL, RONALD R. |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Ronald R. Ezell_
Signature of Debtor

X _____
Signature of Joint Debtor   209-469-9825
Telephone Number (If not represented by attorney)
Date  12-16-03

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
Printed Name of Attorney for Debtor(s)   Bar ID Number
Firm Name
Address
Telephone Number
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Printed Name of Authorized Individual
Title of Authorized Individual
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15 (d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)   Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public healthy

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

BRENT DA SILVA     BEVERLY JUDSON
Printed or Typed Name of Bankruptcy Petition Preparer
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        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
Social Security Number
2311 N. EL DORADO ST. STOCKTON CA 95204
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _Brent DaSilva_  _Beverly Judson_
Signature of Bankruptcy Petition Preparer
12-3-2003
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

2

Form B6 Continued - (6/90)

USBC, EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

| In re | | Case No.: | |
|---|---|---|---|
| | EZELL, RONALD R.  __ Debtor. | | (If known) |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|---|
| | | | | ASSETS | LIABILITIES | OTHER |
| A- | Real Property | yes | 1 | $ 179,000.00 | | |
| B- | Personal Property | yes | 3 | $ 9,610.00 | | |
| C- | Property Claimed as Exempt | yes | 1 | | | |
| D- | Creditors Holding Secured Claims | yes | 1 | | $ 171,324.00 | |
| E- | Creditors Holding Unsecured Priority Claims | yes | 1 | | $ 0 | |
| F- | Creditors Holding Unsecured Nonpriority Claims | yes | 4 | | $ 66,050.00 | |
| G- | Executory Contracts and Unexpired Leases | yes | 1 | | | |
| H- | Codebtors | yes | 1 | | | |
| I- | Current Income of Individual Debtor(s) | yes | 1 | | | $ 2,627.00 |
| J- | Current Expenditures of Individual Debtor(s) | yes | 1 | | | $ 2,597.23 |
| | Total Number of Sheets of ALL Schedules ➤ | | 15 | | | |
| | Total Assets ➤ | | | $ 188,610.00 | | |
| | Total Liabilities ➤ | | | | 237,374.00 | |



Form B6A - (10/89)                                                                USBC, EDCA

| In re | Case No.: |
|---|---|
| EZELL, RONALD R.                         Debtor. | (If known) |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| single family residence at 449 LEXINGTON AVE. STOCKTON, CA 95204<br><br>parcel 113 361 21 | fee simple | | 179,000.00 | 171,324.00 |
| | | Total  ➤ | 179,000.00<br>$ | |

(Report also on Summary of Schedules.)

Form B6B - (10/89)

USBC, EDCA

| In re EZELL, RONALD R. | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | | cash on hand | | 24.00 . |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Guaranty Bank, Stkn. 0003814191 | | 186.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | 2 bdrm sets,2 tables,2 stereo, 2 chairs,vcr, 2 tvs | | 1,800.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | misc | | 2,500.00 |
| 6. | Wearing apparel. | | clothing for 1 person | | 750.00 |
| 7. | Furs and jewelry. | | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | misc | | 350.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

5

Form B6B - Continued (10/89)                                                                        USBC, EDCA

| In re | EZELL, RONALD R. | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. (Form B6A) | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

6

Form B6B - Continued (10/89)                                             USBC, EDCA

| In re | EZELL, RONALD R. | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 23. | Automobiles, trucks, trailers, and other vehicles and accessories. | | 1990 Jeep Cherokee white | | 4,000.00 |
| 24. | Boats, motors, and accessories. | X | | | |
| 25. | Aircraft and accessories. | X | | | |
| 26. | Office equipment, furnishings, and supplies. | X | | | |
| 27. | Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. | Inventory. | X | | | |
| 29. | Animals. | X | | | |
| 30. | Crops - growing or harvested. Give particulars. | X | | | |
| 31. | Farming equipment and implements. | X | | | |
| 32. | Farm supplies, chemicals, and feed. | X | | | |
| 33. | Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached

$ 9,610.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)



Form B6C - (6/90)                                                                    USBC. EDCA

| In re | | Case No.: |
|---|---|---|
| EZELL, RONALD R. | Debtor. | (If known) |

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).  Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Residence | CCP703.140(b)(1) | 7,676.00 | 179,000.00 |
| Paid & Accrued Earnings | CCP703.140(b)(5) | 24.00 | 24.00 |
| Deposits in Financial Institutions | CCP703.140(b)(5) | 186.00 | 186.00 |
| Household Goods & Wearing Apparel | CCP703.140(b)(3) | 5,400.00 | 5,400.00 |
| Motor Vehicle | CCP703.140(b)(2) & (5) wildcard | 2,725.00 1,275.00 | 4,000.00 |

$8$

Form B6D - (Rev. 6/90)                                                                    USBC, EDCA

| In re | | Case No.: | |
| EZELL, RONALD R. | Debtor. | | (If known) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1002587150 <br> Indy Mac Bank <br> PO Box 4046 <br> Kalamazoo, MI 49003-4045 | | | house  8/02 <br><br> Value $ 179,000.00 | | u | | | 152,654.00 |
| ACCOUNT NO. 0015882624 <br> Chase Manhatten Mtg. Corp. <br> PO Box 509011 <br> San Diego, CA 92150 | C | | house  8/02 <br><br> Value $ same | | u | | 18,670.00 | |
| ACCOUNT NO. | | | <br> Value $ | | u | | | |
| ACCOUNT NO. | | | <br> Value $ | | u | | | |

|  | Subtotal ➤ (Total of this page) | $ |
| 0 Continuation sheets attached | Total ➤ (Use only on last page of Schedule D) | $ 171,324.00 |

(Report Total also on Summary of Schedules)

9

Form B6E - (Rev. 4/98)                                                                        USBC, EDCA

| In re | Case No.: |
|---|---|
| EZELL, RONALD R.                                    Debtor. | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated place an "X" in the column labeled "Unliquidated." If the claim is disputed, place and "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case:**  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions:**  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,300* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans:**  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen:**  Claims of certain farmers and fishermen, up to $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals:**  Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support:**  Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units:**  Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution:**  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

*  Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Form B6F- ( 9/97)

USBC, EDCA

In re
EZELL, RONALD R.

Debtor.

Case No.:

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5480420017542695<br>Household Credit Svc.<br>PO Box 60102<br>City of Industry, CA 91716 | | | 9/03 credit card | | u | | 2,596.00 |
| ACCOUNT NO.  4427100003348427<br>Bank of America<br>PO Box 5270<br>Carol Stream, IL 60197-5227 | | | 9/03 credit card | | u | | 6,871.00 |
| ACCOUNT NO.  5458000124068277<br>Direct Merchants Bank<br>PO Box 21550<br>Tulsa, OK 74121 | | | 9/03 credit card | | u | | 7,319.00 |
| ACCOUNT NO.  69771420138<br>Retailers Natl. Bank<br>PO box 59316<br>Minneapolis, MN 55459-0316 | | | 8/03 credit card | | u | | 455.00 |

Subtotal ➤ | $ 17,241.00

Total ➤ | $

3 continuation sheets attached

(Report Total also on Summary of Schedules)

//

Form B6F - Continued - (9/97)

USBC, EDCA

| In re<br>EZELL, RONALD R.<br><div align="right">Debtor.</div> | Case No.:<br><div align="right">(If known)</div> |
|---|---|

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5424180343179336<br>Citi Cards<br>PO Box 6419<br>The Lakes, NV 88901 | | | 9/03 credit card | | u | | 1,051.00 |
| ACCOUNT NO.  5418255100144455<br>Providian Natl. Bank<br>PO Box 660548<br>Dallas, TX 75266 | | | 9/03 credit card | | u | | 7,339.00 |
| ACCOUNT NO.  0056322659238<br>Sears Natl. Bank<br>86 Annex<br>Atlanta, GA 30386 | | | 9/03 credit card | | u | | 2,078.00 |
| ACCOUNT NO.  4121741777496048<br>Capital One Svc.<br>PO box 60000<br>Seattle, WA 98190 | | | 9/03 credit card | | u | | 2,028.00 |
| ACCOUNT NO.  5491130018124420<br>AT&T Universal Card<br>PO Box 6901<br>The Lakes, NV 88901 | | | 9/03 credit card | | u | | 5,332.00 |

<div align="right">

Subtotal ➤  $ 17,828.00
(Total of this page)

Total ➤  $
(Use only on last page of Schedule F)

</div>

Sheet no: __1__ of __3__ sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority
Claims

(Report Total also on Summary of Schedules)

Form B6F - Continued - (9/97)                                                           USBC, EDCA

| In re EZELL, RONALD R.                  Debtor. | Case No.: (If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4071103000001030 Wells Fargo Finl. Bank PO Box 5058 Sioux Falls, SD 57117 | | | 9/03 credit card | | u | | 986.00 |
| ACCOUNT NO. 5046770101719675 GE Capital Cons. Card Co. PO Box 9001557 Louisville, KY 40290 | | | 9/03 credit card | | u | | 386.00 |
| ACCOUNT NO. 4332370021235831 Bank One PO Box 50882 Henderson, NV 89016 | | | 9/03 credit card | | u | | 10,494.00 |
| ACCOUNT NO. 5770912413803137 CMS PO box 5811 Hicksville, NY 11802 | | | 8/03 credit card | | u | | 372.00 |
| ACCOUNT NO. 6035320036043162 Home Depot Credit Svc. PO Box 602 The Lakes, NV 88901 | | | 8/03 credit card | | u | | 1,693.00 |

Sheet no. __2__ of __3__ sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority
Claims

Subtotal ➤ (Total of this page)    $ 13,931.00

Total ➤ (Use only on last page of Schedule F)    $

(Report Total also on Summary of Schedules)

*13*

Form B6F - Continued - (9/97)

USBC, EDCA

| In re | Case No.: |
|---|---|
| EZELL, RONALD R.          Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4300230022735122 Worlds Foremost Bank PO Box 82575 Lincoln, NE 68501 | | | 9/03 credit card | | u | | 5,747.00 |
| ACCOUNT NO. 6011000420247979 Discover Bank PO Box 30395 Salt Lake City, UT 84130 | | | 9/03 credit card | | u | | 10,230.00 |
| ACCOUNT NO. 7200166473 Chevron Credit Bank NA PO Box 2001 Concord, CA 94529 | | | 8/03 credit card | | u | | 1,073.00 |
| ACCOUNT NO. | | | | | u | | |
| ACCOUNT NO. | | | | | u | | |

| | | |
|---|---|---|
| Sheet no. 3 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal ➤ (Total of this page) | $ 17,050.00 |
| | Total ➤ (Use only on last page of Schedule F) | $ 66,050.00 |

(Report Total also on Summary of Schedules)

/4

Form B6G - (10/89)                                                                                        USBC, EDCA

| In re | Case No.: |
|-------|-----------|
| EZELL, RONALD R.                                    Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

/5

Form B6H - (6/90)                                                    USBC, EDCA

| In re | Case No.: |
|-------|-----------|
| EZELL, RONALD R.                    Debtor. | (If known) |

## SCHEDULE H - CODEBTORS

Provide the information required concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

16

Form B6I - (6/90)

USBC, EDCA

| In re | | Case No.: | |
|---|---|---|---|
| EZELL, RONALD R. | Debtor. | | (If known) |

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: divorced | DEPENDENT'S OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |

| EMPLOYMENT: | | |
|---|---|---|
| | DEBTOR | SPOUSE |
| Occupation | cannery worker | |
| Name of Employer | HJ Heinz co. | |
| How Long Employed | 30 yrs | |
| Address of Employer | PO box 57 Stockton, CA 95201 | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly.) | $595.00 | $ |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $595.00 | $ |
| Less Payroll Deductions | | |
| a. Payroll taxes and social security | $15.00 | $ |
| b. Insurance | $ | $ |
| c. Union dues | $53.00 | $ |
| d. Other (specify) _____ | $ | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $68.00 | $ |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $527.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| Social security or other government assistance (Specify) _____ state disability ins _____ | $2,100.00 | $ |
| Pension or retirement income | $ | $ |
| Other monthly income | $ | $ |
| (Specify) _____ | $ | $ |
| **TOTAL MONTHLY INCOME** | $2,627.00 | $ |

**TOTAL COMBINED MONTHLY INCOME $**_____        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

17

Form B6J - (6/90)                                                                          USBC, EDCA

| In re | EZELL, RONALD R. | Case No.: |
| | | (If known) |

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $1,387.23 |
| Are real estate taxes included?      Yes X      No_____ | | |
| Is property insurance included?      Yes X      No_____ | | |
| Utilities:      Electricity and heating fuel | | $180.00 |
| Water and sewer | | $75.00 |
| Telephone | | $55.00 |
| Other_____ | | $50.00 |
| Home Maintenance (Repairs and Upkeep) | | $75.00 |
| Food | | $300.00 |
| Clothing | | $50.00 |
| Laundry and dry cleaning | | $ |
| Medical and dental expenses | | $125.00 |
| Transportation (not including car payments) | | $100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $50.00 |
| Charitable contributions | | $50.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | | |
| Homeowner's or renter's | | $ |
| Life | | $ |
| Health | | $ |
| Auto | | $50.00 |
| Other_____ | | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | | $ |
| (Specify)_____ | | $ |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the | | |
| Auto | | $ |
| Other_____ | | $ |
| Other_____ | | $ |
| Alimony, maintenance, and support paid to others | | $50.00 |
| Payments for support of additional dependents not living at your home | | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ |
| Other_____ | | $ |

**TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules)                  | $2,597.23 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. | Total projected monthly income | $ |
| B. | Total projected monthly expenses | $ |
| C. | Excess income (A minus B) | $ |
| D. | Total amount to be paid into plan each _____ | $ |
| | (interval) | |

18

Form B6 - Continued - (12/94)                                                          USBC, EDCA

| In re EZELL, RONALD R. | Case No.: |
|---|---|
| Debtor. | (If known) |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___16___ sheets, and that they are correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1)

Date __12-16-03__          Signature __Ronald R. Ezell__
                                                              Debtor

Date_____          Signature_____
                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

BRENT DA SILVA,    BEVERLY JUDSON                    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, 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
Printed or Typed Name of Bankruptcy Petition Preparer            Social Security Number

2311 N. EL DORADO ST.
CITY
STOCKTON CALIFORNIA 95204
Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x _____                    __12-3-2003__
Signature of Bankruptcy Petition Preparer                          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or member or an authorized agent of

the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read

the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature _____

                                        _____
                                        [Print or type name of individual signing on behalf of debtor]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

19

Form 7 Page 1   (9/00)                                                                    USBC, EDCA

| In re<br>EZELL, RONALD R.                    Debtor. | Case No.:<br>                    (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

-----

**1.   Income from employment or operation of business**

None     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation
☐         of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also
          the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains,
          or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.
          Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each
          spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether
          or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|       AMOUNT      |                        SOURCE (if more than one) |
| 2002  $47,774.00  |                                                  |
| 2001  $50,359.00  |                                                  |
| 2000  $51,782.00  |                                                  |

20

## 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

## 3. Payments to creditors

None ☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Indy Mac Bank PO box 78826 Phoenix, AZ | ea mo | $1,178.36 | $152,654.00 |
| Chase Mortgage PO box 78828 Phoenix, AZ | " | 208.87 | 18,670.00 |

None ☒

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Form 7 Page 3    (9/00)

4.  **Suits and administrative proceedings, executions, garnishments and attachments**

None

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

5.  **Repossessions, foreclosures and returns**

None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

Form 7 Page 4   (9/00)

**6.  Assignments and receiverships**

None 

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- | --- |

None 

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

2-3

Form 7 Page 5 (9/00)                                                                USBC, EDCA

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Affordable Document Preparation<br>2311 N. El Dorado Street<br>Stockton, CA 95204-5409 | 9-30-03 | $125.00<br>Chapter 7<br>Document Preparation |

---

**10. Other transfers**

None ☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

24

**11. Closed financial accounts**

None 

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|



### 14. Property held for another person

None ☒  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ☒  If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ☒  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

2.6

Form 7 Page 8   (9/00)                                                      USBC, EDCA

### 17. Environmental Information

None     For the purpose of this question, the following definitions apply:
⊠
"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None   a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit
⊠          that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental
           unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release
⊠          of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   c.   List all judicial or administrative proceedings, including settlements and orders, under any Environmental Law with
⊠          respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
           was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Form 7 Page 9   (9/00)                                                                                                      USBC, EDCA

## 18.  Nature, location and name of business

None   a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☒         and the beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or
          managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within
          the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or
          more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

          If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the
          businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
          percent or more of the voting securities, within the **six years** immediately preceding the commencement of this
          case.

          If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
          businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
          percent or more of the voting securities within the **six years** immediately preceding the commencement of this
          case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|----------------------|---------|--------------------|----------------------------|
|      |                      |         |                    |                            |

None   b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in
☒         11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
|      |         |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following:
an officer, director, managing executive, or owner of more that 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business,
as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been
in business within those six years should go directly to the signature page.)*

Form 7 Page 10  (9/00)

USBC, EDCA

### 19. Books, records and financial statements

None
[X]
a.  List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED

None
[X]
b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
[X]
c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                         ADDRESS

None
[X]
d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                      DATE ISSUED

29

**20. Inventories**

None [X]  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                        (Specify cost, market or other basis)

None [X]  b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY          NAME AND ADDRESSES OF CUSTODIAN
                           OF INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None [X]  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None [X]  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS          TITLE          NATURE AND PERCENTAGE
                                         OF STOCK OWNERSHIP

30

Form 7 Page 12   (9/00)

## 22. Former partners, officers, directors and shareholders

None
☒

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                 ADDRESS                      DATE OF WITHDRAWAL

---

None
☒

b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS               TITLE                       DATE OF TERMINATION

---

## 23. Withdrawals from a partnership or distributions by a corporation

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE            AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR           OF WITHDRAWAL               OR DESCRIPTION
                                                            AND VALUE OF PROPERTY

---

31

Form 7 Page 13   (9/00)

USBC, EDCA

### 24. Tax Consolidation Group

None
☒

If the debtor is a corporation, list the names and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER

### 25. Pension Funds

None
☒

If the debtor is not an individual, list the names and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER

Form 7 Page 14   (9/00)                                                                    USBC, EDCA

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  12-16-03                          Signature   *Ronald R. Ezell*
                                        of  Debtor

Date  _____         Signature  _____
                                        of Joint Debtor
                                        (if any)

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  _____         Signature  _____

                                        _____
                                        Print Name and Title of individual signing on behalf of debtor

   [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

   *Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.  § 152 and 3571.*

   CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER  (See 11 U.S.C. § 110)

   I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

BRENT DA SILVA,                              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
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number

2311 N. EL DORADO ST.

STOCKTON,  CALIFORNIA  95204
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

BEVERLY JUDSON          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

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X  _____           12-3-2003
   Signature of Bankruptcy Petition Preparer              Date

   *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

                    _____continuation sheets added

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER  (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

BEVERLY JUDSON                                                 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
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number

2311 N. EL DORADO ST.

STOCKTON, CALIFORNIA  95204
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

BRENT DASILVA    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

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                          12-3-03
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

34

Form B8 - (9/97)                                                                    USBC, EDCA

# United States Bankruptcy Court
## Eastern District of California

| In re | Case No.: |
|-------|-----------|
| EZELL, RONALD R.                        Debtor | Chapter: |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

a.  *Property to Be Surrendered.*

**Description of Property**                                **Creditor's Name**

b.  *Property to Be Retained.*                   *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| house | Indy Mac | | | X |
| house 2nd | Chase Manhatten | | | X |

Date: 12-16-03                        _Ronald R. Ezell_
                                      Signature of Debtor

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

BRENT DA SILVA -  BEVERLY JUDSON                 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   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
Printed or Typed Name of Bankruptcy Petition Preparer         Social Security Number
2311 N. EL DORADO ST.

STOCKTON- CALIFORNIA  95204
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x _____                12-3-2003
Signature of Bankruptcy Petition Preparer         Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of
Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*



Form B280 -(12/94)                                                    USBC, EDCA

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| E-ZELL, RONALD R. | **DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER** |
| Debtor. | |

---

1.  Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For document preparation services, I have agreed to accept . . . . . . . . . . . . . . . . . .   $ _125.00_

    Prior to the filing of this statement I have received  . . . . . . . . . . . . . . . . . . . . . . . .   $ _125.00_

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _-0-_

2.  I have prepared or caused to be prepared the following documents (itemize):

    VOLUNTARY PETITION for Chapter 7 Bankruptcy

    and provided the following services (itemize):

3.  The source of the compensation paid to me was:

    ■ Debtor          ❑ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor          ❑ Other (specify):

5.  The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this banruptcy case.

6.  To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME: _BRENT DA SILVA.  BEVERLY JUDSON_          SSN: _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._   _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_

36

Form B280 Page Two – (12/94)                                          USBC, EDCA

| In re | |
|---|---|
| EZELL, RONALD R.                    Debtor. | Case No.:                              (If known) |

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _____     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          12-3-2003
         Signature              Social Security Number          Date

Name (Print):     BRENT DA SILVA

Address:          2311 N. EL DORADO ST.

                  STOCKTON  CALIFORNIA 95204

---

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

37

Form B280 Page Two - (12/94)                                                    USBC, EDCA

| In re | Case No.: |
|---|---|
| EZELL, RONALD R.                                    Debtor. | (If known) |

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _Beverly Judson_                    __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__                    _12.3-03_
            Signature                    Social Security Number                      Date

Name (Print): ___BEVERLY JUDSON_____

                    2311 N. EL DORADO ST.
Address: _____

                    STOCKTON, CALIFORNIA 95204

---

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:                          )
                                )
EZELL, RONALD R.                )          Bankruptcy Case No.
                                )
                                )
                                )
_____)

## NOTICE TO DEBTOR CONCERNING BANKRUPTCY PETITION PREPARERS

Bankruptcy petition preparers are non-attorneys who are not authorized to practice law or give legal advice.

NOTICE IS HEREBY GIVEN that the Court has issued the attached Bankruptcy Petition Preparer Guidelines governing the work performed and fees charged by bankruptcy petition preparers in Eastern District of California cases.

Under the Guidelines, a bankruptcy petition preparer must give the debtor a copy of this notice before taking any money or property from the debtor or on behalf of the debtor for payment and before preparing any papers for filing in the bankruptcy court. The debtor and the bankruptcy petition preparer must sign a copy of this Notice in the spaces provided below. A copy must be furnished to the debtor by the bankruptcy petition preparer, and the original plus One copie must be filed with the Bankruptcy Court.

California law prohibits any non-attorney from rendering legal advice. Legal advice includes, but is not limited to advice concerning the following:

* Whether the debtor should file bankruptcy and the chapter under which the petition should be filed;

* Whether debts will be eliminated or "discharged" in a bankruptcy case;

* Whether the debtor will be able to keep their home after filing a bankruptcy case;

* The tax consequences of filing a bankruptcy case;

* Whether the debtor should promise to repay or "reaffirm" a debt; and

* The exemptions available in bankruptcy, and what property can be claimed as exempt.

Unless approved by the court, a bankruptcy petition preparer may not charge the debtor more than $125 for preparing a bankruptcy petition, including expenses (such as photocopies, postage, telephone charges, and courier services). This fee does not include the petition filing fee. The filing fee must be paid directly to the Clerk of Court by debtor.

39

The attached Guidelines contain additional restrictions. The debtor shall read the Guidelines in order to know what the Court requires of bankruptcy petition preparers.

Debtors with questions concerning bankruptcy petition preparers or who believe that the Guidelines have been violated, should contact the appropriate Office the the U.S. Trustee (Sacramento: (916)498-5990; Fresno/Modesto: (209)498-7400.

FOR THE COURT
RICHARD G. HELTZEL, CLERK
U.S. BANKRUPTCY COURT

---

## DEBTOR'S CERTIFICATION

I, RONALD R. EZELL and _____ the debtor(s) in the above-captioned case, have read and understand the foregoing information and attached Guidelines.

Dated: 9-30-03

_Ronald R. Ezell_
(Debtor's Signature)

Dated: _____

_____
(Joint Debtor's Signature)

---

## BANKRUPTCY PETITION PREPARER'S CERTIFICATION

I, Brent DaSilva / Beverly Judson____, hereby certify under penalty of perjury that I am the bankruptcy petition preparer who has assisted the debtor(s) in filing the above-captioned case. I have not charged fees in excess of the amount allowed in Guideline 2, nor have I advised the debtor concerning any of the matters referred to in Guideline 1.

Dated: 9-30-2003

_____
(Bankruptcy Petition Preparer's Signatures)

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 / 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
(Preparer's Social Security)

Brent DaSilva / Beverly Judson
(Preparer's Printed or Typed Name)

2311 N. El Dorado, Stockton, CA 95204
(Preparer's Address)

40